UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-14405-CIV-MARRA

BRENDA HOWE, on behalf
of herself and all others similarly situated,

    Plaintiff,

v.

POLLACK & ROSEN, P.A.,
a Florida Corporation, and
JOSEPH F. ROSEN, individually,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Conditional Joint Stipulation of Dismissal With Prejudice **(DE 22)**, filed on April 19, 2018.  The Court has carefully reviewed the Stipulation and the record herein and is otherwise fully advised in the premises.  Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  The Clerk of this Court shall **CLOSE** this Case.  All pending motions are **DENIED AS MOOT**.  Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), because the parties' Joint Stipulation was conditioned upon the entry of an order retaining jurisdiction for six months, the Court hereby **RETAINS** jurisdiction to enforce the terms of the parties' settlement

agreement for a period of six months from the date of the Joint Stipulation.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of April, 2018.

_____
KENNETH A. MARRA
United States District Judge